ANDERSON LAW FIRM
MARTIN W. ANDERSON, State Bar No. 178422
2070 North Tustin Avenue
Santa Ana, California 92705
Tel:  (714) 516-2700 ▪ Fax:  (714) 532-4700
E-mail:  martin@andersonlaw.net

LAW OFFICE OF JEFFREY KANE
JEFFREY KANE, State Bar No. 183974
20902 Brookhurst Street, Suite 210
Huntington Beach, California 92646
Tel:  (714) 964-6900 ▪ Fax:  (714) 964-6944
E-mail:  lemnlaw@aol.com

**JS-6**

Attorneys for Plaintiff Richard Mendoza

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| RICHARD MENDOZA,<br><br>                              Plaintiff,<br><br>v.<br><br>MAZDA MOTOR CORPORATION et al.<br><br>                              Defendant. | Case No. SA CV 09-911 DOC (MLGx)<br><br>HON. DAVID O. CARTER<br>Courtroom 9D<br><br>[~~PROPOSED~~] ORDER ON PARTIES' STIPULATION FOR ORDER DISMISSING ACTION WITHOUT PREJUDICE<br><br>Complaint Filed:  August 7, 2009<br>Trial Date:  None Set |

        The parties have stipulated that the action should be dismissed without prejudice.  Accordingly, the entire action is dismissed without prejudice.  Each party shall bear their own costs and attorney fees.

DATED:  January 28, 2010

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

ANDERSON LAW FIRM
2070 NORTH TUSTIN AVENUE
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 516-2700